JARED T. SULLIVAN, P.C.
65 Hilton Avenue
Garden City, New York 11530
(516) 877-1988
JTSPC Matter No.: SA15-00049

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

JAMES R. PARISI,                             Civil Action No. 1:16-CV-01824-PAE

             Plaintiff,

                                                  **DEMAND FOR A TRIAL BY JURY**

   v.

WIPRO LIMITED, WIPRO, LLC and
WIPRO TECHNOLOGIES,

             Defendants.

-------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, in the event the United States District Court, Southern District of New York retains jurisdiction over this action, and, without waiving (i) any objections to said jurisdiction, (ii) any objections to the March 10, 2016 removal of this action from the Supreme Court of the State of New York, County of New York ["Supreme New York"] to this Court or (iii) any rights that he may have to seek remand of this action from this Court to Supreme New York, plaintiff, JAMES R. PARISI, by and through his attorneys, Jared T. Sullivan, P.C., hereby demands a trial by jury of all claims made by plaintiff in the within action.

Dated: Garden City, New York
       March 15, 2016

                                JARED T. SULLIVAN, P.C.

                                By: _____
                                    Jared T. Sullivan (JS 5207)
                                    *Attorneys for Plaintiff*
                                    65 Hilton Avenue
                                    Garden City, New York 11530
                                    T: (516) 877-1988
                                    F: (516) 453-0201
                                    jared@jtsullivanlaw.com

To:

***Via ECF only***
Carmon M. Harvey
Lisa L. Savadjian
LECLAIRRYAN
*Attorneys for Defendants*
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102
(973) 491-3346